Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Nebraksa

Civil/criminal Division

|  |  |
|---|---|
| | Case No. $8:23cv46\ |$ |
| | *(to be filled in by the Clerk's Office)* |
| Susanne Becker | |
| _____ | |
| *Plaintiff(s)* | Jury Trial: *(check one)*   ☒ Yes   ☒ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| **-v-** | |
| Wertz, (Brown)Synder, martin | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | **RECEIVED**<br><br>OCT 2 3 2023<br><br>CLERK<br>U.S. DISTRICT COURT |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Susanne Becker |
| Address | 50965 County Road 27 |
| | Scottsbluff        NE        69361 |
| | *City*      *State*      *Zip Code* |
| County | Scotts Bluff |
| Telephone Number | 308-631-7366 |
| E-Mail Address | |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Shareen K. Wertz |
| Job or Title *(if known)* | Postmaster |
| Address | |
| | Evans        Colo |
| | *City*      *State*      *Zip Code* |
| County | weld |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Pam Snyder |
| Job or Title *(if known)* | Officer in charge |
| Address | 3344 11ᵗʰ ave |
| | Evans        CO        80620 |
| | *City*      *State*      *Zip Code* |
| County | weld |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| Name | Bobby P. Martin | | |
|---|---|---|---|
| Job or Title *(if known)* | Postmaster | | |
| Address | 3344 11th ave | | |
| | Evans | CO | 80620 |
| | *City* | *State* | *Zip Code* |
| County | weld | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

| Name | Amanda R. (Brown) Snyder | | |
|---|---|---|---|
| Job or Title *(if known)* | Officer in charger (08/28/2019)Postmaster(03/28/2020) | | |
| Address | 3344 11th Ave | | |
| | Evans | CO | 80620 |
| | *City* | *State* | *Zip Code* |
| County | wel | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

31 CFR 0.211 falsification of offical records, title 18 section 1506
18 U.s Code 1519 Destruction, alteration, or falsification of records in Federal investigations and bankruptcy

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

31 CFR 0.211 falsification of offical records , title 18 section 1506
18 U.s Code 1519 Destruction, alteration, or falsification of records in Federal investigations and bankruptcy

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

The defandent while on duty as a Postmaster/Officer in Charge and as a resident of a Federally jursidiction county issued to the Federal Lawyers and the National Assocation Letter Carriers(NALC) lawyers falsification of documents of the Plaintiffs Personnel file during multi-investagtions

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

On October 17, 2023, I mailed a certified mail to the Nebraska National Guard in which the application asks if i had any court dates and if i was worked in a Federal government position. By my applying for the Nebraska (militia) National Guard, gives me rights to fix and clear my title 5 government records.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

October 16, 2023, I had to find my Grade pay and status on my OPM file PS-50 form disclosed to me by the Federal Attorney of Colorado working the USPS case on my firing. When , I was looking for my status, I found that the week i was rehired into Evans, Co is also the same week i was placed of LWOP(Leave without Pay). If i was on probation I would not get LWOP in the first 90 days of rehire.

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

On Febauary 11, 2017 through June 2017 i called my supervisor Amelia(last name unknown) and Sheila Ford and issued them numerous FMLA paperwork and they placed me on LWOP. When, I relooked at my paperwork for the Nebraska National Guard, I found that my FMLA was coming from Torrington, Wy which does not match my assigned Post office Amarillo, Tx. and When I looked at my Federal goverment form ps-50 I found that I was placed on LWOP when I was working on 11/25/2017 which I do have my PAY STUBS cause i didn't get direct deposit so I was issued my PAPER STUBS. I thank God for get paper paystubs because when you get fired without CAUSE USPS database denies you access to all of your information including your PAYSTUBS.

PS-50 , No firing list, USPS Rules on LWOP attached.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I feel that i was missed judged and attacked by management and Postmasters from Wyoming,. Nebraska, Texas and Colorado for no reason. I was at the need of all these Postmasters and Managers and they without cause willing issued false data and reports to the Federal Judges of Colorado. I have lost 7 years of pay and a pay grade. I ave been look down at by my peers including and other distrcit Federal Judge(s). I may not write so good is because i spent 10 years matching numbers and names ad collecting a database of information in my brain and NOT on a computer. I lost my House, my cars, my bank accounts, my marriage, my childern and my self esteem which is left untreated do to the fraud, the embesslement of my pay status by people in authory.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I seek restitution by everyone that was involved in issuing false documents that cause me to loss 4 million dollars in workable pay checks including retirement pay and the rights to assume all the in-tangible and tangible property of everyone invovled because I have lost trust in my government and in my country and i not proud of the people invloved that did this trouble trouble thing to me.

I also seek them to loss all their retirement and government benefits and redirect their pay to me because according to the CLOCKS RINGS i hold I am still on the Clock and I NEVER filed a leave slip to ask anyone to change my clock rings without my permission. ALSO, I STILL HOLD MY CLOCK RING CARD therefore i noticed on my clock rings that SOMEONE USED A CLOCK RING CARD WITH MY EMPLOYEE ID NUMBER SHOWING AS IF I AM A POSTMASTER OR A MANAGER which i believe it is illegal to use my idenity without my rights. So someone in EVANS swaped my card WITHOUT MY RIGHTS or the USPS was witholding my OFFICAL CLOCK RING CARD which should be WHITE in COLOR AND ISSUED ME a COPIED ORANGE CARD and was swifting pay without my rights cause again I HOLD THE paystub that shows my ALL of my ANNUAL LEAVE, MY UNION DUES and my SICK LEave.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   OCTOBER 17, 2023

Signature of Plaintiff

Printed Name of Plaintiff   Susanne Becker

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

| 01 | Effective Date | | | Notification of Personnel Action | 02 | Social Security Number | |
|---|---|---|---|---|---|---|---|
| | 11-25-2017 | | | **UNITED STATES POSTAL SERVICE.** | | ███████ | |

**EMPLOYEE INFORMATION** — U. S. Postal Service

| | | | | | |
|---|---|---|---|---|---|
| 03 | Employee Name-Last | HURD | 38 | Probation Expir Date | |
| 04 | Employee Name-First | SUSANNE | 39 | FLSA Status | N |
| 05 | Employee Name-Middle | | 40 | Pay Location | 000 |
| 06 | Mailing Address Street/Box/Apts | 50965 COUNTY ROAD 27 | 41 | Rural Carrier-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| 07 | Mailing Address-City | SCOTTSBLUF | 43 | Rural Carr-Pay Type | |
| 08 | Mailing Address-State | NE | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip+4 | 69361-7111 | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | ███████ | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Ethnicity–Race | | 50 | Job Sequence | |
| 14 | Disability | 05 | 51 | Occupation Code | 2310-0046 |
| 15 | Leave Comp Date | 11-11-2017 | 52 | Position title | CITY CARRIER ASSISTANT 2 |
| 16 | Enter on Duty Date | 11-11-2017 | 53 | Labor Dist Code | 2100 |
| 17 | Retirement Comp Date | | 54 | Designation/Activity | 84/4 |
| 18 | Serv Anniversary PPYR | | 55 | Position Type | 8 - PSE/CCA/MHA/TE |
| 19 | TSP Eligibility | I - INELIGIBLE | 56 | Limit Hours | 0 |
| 20 | TSP Service Comp Date | | 57 | Allowance Code | M - CHANGING DES/ACT, OCC |
| 21 | Prior CSRS Service | | 58 | Employment Type | |
| 22 | Frozen CSRS Time | | | **SALARY INFORMATION** | |
| 23 | Leave Data Category | 4.00 - HOURS/PP | 59 | Pay Rate Code | H |
| 24 | Leave Data-Chg PPYR | | 60 | Rate Schedule Code | Q - CITY CARR ASST (CCA) |
| 25 | Leave Data-Type | 2 - EARN AL - EARN SL | 61 | Grade/Step | 01/CC |
| 26 | Credit Military Serv | 0000 | 62 | Base Salary | 16.78 |
| 27 | reserved for future use | | 63 | Cola | 0.00 |
| 28 | Retirement Plan | 2 - FICA | 64 | Cola Roll-In Ind | |
| 29 | Employee Status | LW - LEAVE WITHOUT PAY | 65 | Next Step PPYR | 04 2018 |
| 30 | Life Insurance | A0 - Ineligible | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | 0.00 |
| **POSITION INFORMATION** | | | 68 | Special Salary Code | |
| 32 | Employ Office-Fin No | 07-2952 | 69 | Protected RSC | |
| 33 | Employ Office-Name | EVANS PO | 70 | Protected Grade/Step | / |
| 34 | Employ Office-Address | POSTMASTER EVANS PO 3344 11TH AVE | 71 | Expiration PPYR | |
| | | | 72 | Protected RC Hours | |
| 35 | Duty Station-Fin No | 07-2952 | 73 | Protected RC Miles | |
| 36 | Duty Station-Name | EVANS PO | 74 | RC Guaranteed Salary | |
| 37 | Appt Expiration Date | 11-05-2018 | 75 | Annuity Amount | 0.00 |

**NATURE OF PERSONNEL ACTION**

| | | | | | |
|---|---|---|---|---|---|
| 77 | Nature of Action Code | 997 | 78 | Authority | 39-USC Sect 1001 |
| 79 | Description | CONTRACTUAL INCREASE | | | |
| 80 | Code | | 81 | Code | 82 | Code | | 83 | Code | |
| 84 | Remarks | | | | |

PERSON ID ███████ PERS ASSGN ███████

| | | | | |
|---|---|---|---|---|
| 85 | Authorization MANAGER, HUMAN RESOURCES    SHARED SERVICE CENTER | 86 | Processed Date | 11-25-2017 |
| | | 87 | Personnel Office ID | |
| | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

CONFIDENTIAL

USPS (S. HURD) - 0008

## CHECK LIST - APPROVAL TO SEPARATE NON-CAREER EMPLOYEE IN THEIR FIRST 90 DAYS

| Name of Employee | Susanne Hurd |
|---|---|
| EIN | ███████ |
| Office | Evans CO  80620 |
| Position | CCA |
| Enter on Duty Date | 11/11/2017 |
| Copies of 1750s | 1st was due 12/19/2017 - AWOL |
| **Copies of discussion w/employee:** | |
| Attendance | |
| Performance | |
| 3971s | |
| 3972s | |
| Street Observation Form | |
| **Dates employee sent to:** | |
| Carrier Academy | 11/15/2017-11/18/2017 |
| Window Training | |

*(handwritten)* — Hieing date

Doug Witman
Supervisor Name (print)
Date
12/22/2017

Shareen Wertz
Manager Concurrence
Date
12/22/2017

CONFIDENTIAL

USPS (S. HURD) - 000156

*(handwritten notes)*

a week ~~was~~ in training and then placed o LWOP?

I have to resquest of leave on 3971 and Shareen or Doug Never say that I requested LWOP for 11/25/2017 cause the information is Blanket



 | About

‹ Previous    Contents    Next ›

# 514 Leave Without Pay

## 514.1 Essential Features

The following definitions apply for the purposes of 514:

a. LWOP is an authorized absence from duty in a nonpay status.

b. LWOP may be granted upon the employee's request and covers only those hours that the employee would normally work or for which the employee would normally be paid. FLSA−exempt employees must take LWOP in 1−day increments except when they are taking leave protected under the Family and Medical Leave Act (FMLA).

c. LWOP is different from AWOL (absent without leave), which is a nonpay status due to a determination that no kind of leave can be granted either because (1) the employee did not obtain advance authorization or (2) the employee's request for leave was denied.

## 514.2 Policy

### 514.21 Restriction

LWOP in excess of 2 years is not approved unless specifically provided for in postal policy or regulations.

### 514.22 Administrative Discretion

Each request for LWOP is examined closely, and a decision is made based on the needs of the employee, the needs of the Postal Service, and the cost to the Postal Service. The granting of LWOP is a matter of administrative discretion and is not granted on the employee's demand except as provided in collective bargaining agreements or as follows:

a. A disabled veteran is entitled to LWOP, if necessary, for medical treatment.

b. A Reservist or a National Guardsman is entitled to LWOP, if necessary, to perform military training duties under the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), Public Law 103–353.

c. An employee who requests and is entitled to time off under 515, Absence for Family Care or Serious Health Condition of Employee, must be allowed up to a total of 12 workweeks of absence within a Postal Service leave year for one or more of the reasons listed in 515.41(a) through 515.41(e), and up to 26 workweeks of leave during a single 12-month period to care for covered service members with a serious injury or illness.

## 514.23 Condition

In granting approval for extended LWOP, the granting official should have reasonable expectation that the employee will return at the end of the approved period.

## 514.24 Leave Credit Adjustment

Employees who are on LWOP for a period, or periods, totaling 80 hours (normal number of workhours in 1 pay period) during a leave year have their leave credits reduced by the amount of leave earned in 1 pay period.

*Exception:* Employees who (1) are in leave category 6, (2) are not



BECKER
50965 CR27
Scottsbluff, NE 69361

**CERTIFIED MAIL**



7022 3330 0002 1882 3323

**Retail**



UNITED STATES
POSTAL SERVICE®

68102

**RDC 99**

U.S. POSTAGE PAID
FCM LETTER
SCOTTSBLUFF, NE 69361
OCT 18, 2023

**$5.25**

R2304H108347-9

U.S. District Court
Roman L. Hruska U.S. Courthouse
III S. 18th Plaza, Suite 1152
Omaha, NE  68102-1322

**RECEIVED**

OCT 2 3 2023

CLERK
U.S. DISTRICT COURT

68102$1322 C016